

2005 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

8-16-2005

# Popky v. USA

Precedential or Non-Precedential: Precedential

Docket No. 04-2798

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2005

Recommended Citation

"Popky v. USA" (2005). *2005 Decisions*. Paper 601.
http://digitalcommons.law.villanova.edu/thirdcircuit_2005/601

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2005 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

May 31, 2005

**No.** 04-2798

HOWARD D. POPKY, et al., Appellants
v.
UNITED STATES OF AMERICA
(E.D. of P.A. Civil No. 03-cv-01487)

**Present:** SLOVITER, FISHER, and ALDISERT, <u>CIRCUIT JUDGES</u>.

1. Motion by Appellee to Publish Opinion

/s/ Chanel R. Graham

**Opinion & Judgment entered 5/17/05**          Chanel R. Graham  267-299-4955
Case Manager

**O R D E R**

The foregoing motion is granted.

By the Court,

*/s/ D. Michael Fisher*
Circuit Judge

Dated: August 16, 2005
CRG/cc: John R. Crayton, Esq.
Jonathan S. Cohen, Esq.
Joan I.Oppenheimer, Esq.